IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA        )
                                )
v.                              )        CASE NO. CR416-085
                                )
JEREMY JAMES,                   )
                                )
        Defendant.              )
                                )
_____ )

**O R D E R**

Before the Court is the Magistrate Judge's Report and

Recommendation (Doc. 36), to which no objections have been

filed. After a careful review of the record, the report and

recommendation is **ADOPTED** as the Court's opinion in this

case. As a result, Defendant's Motion to Suppress (Doc. 23)

is **DENIED**.

SO ORDERED this _9ᵗʰ_ day of September 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA