IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR416-085
)
JEREMY JAMES, )
)
Defendant. )
)

**ORDER**

Before the Court is Defendant Jeremy James's Motion to Dismiss Indictment. (Doc. 38.) Defendant, who is represented by appointed counsel William Dow Bonds in this case, submitted this motion without the assistance of counsel. According to Southern District of Georgia Local Rule 83.6(d), however, a defendant who is represented by counsel may not file motions on his own behalf unless counsel has been relieved of their representation. Accordingly, Defendant's motion must be **DISMISSED**. The Clerk of Court is **DIRECTED** to forward copies of Defendant's motion and this order to Defendant's retained counsel.

SO ORDERED this 9th day of September 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA