IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff-Appellee, )
)
vs. )  Case No. CR416-85
)
JEREMY JAMES, )
)
    Defendant-Appellant. )

O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this 24th day of October 2017.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
10/24/2017
Deputy Clerk