IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
v. ) CASE NOS. CR416-085
) CV419-026
JEREMY ALPHONZO JAMES, )
)
Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed (Doc. 92).[1] After careful consideration and review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 90) is **DENIED**. In addition, Defendant is not entitled to a Certificate of Appealability, rendering moot any request to proceed in forma pauperis on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 14th day of March 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Consistent with the report and recommendation, all citations are to Defendant's criminal docket in CR416-085.